FILED
MISSOULA, MT

2006 MAY 12 PM 3 43

PATRICK E. DUFFY
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-08-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRY FRANKLIN HOLT, | ) | |
| | ) | |
| Defendant. | ) | |

United States Magistrate Judge Leif B. Erickson issued Findings and Recommendations in this matter on April 25, 2006, recommending denial of the Defendant's motion to suppress. The Defendant has not filed an objection to Judge Erickson's recommendation and therefore waives his right to review of the Magistrate's decision. Rule 59(b)(2), Fed. R. Crim. P. Judge Erickson's Findings and Recommendations are adopted in full.

Accordingly, IT IS HEREBY ORDERED that the motion to suppress (dkt #12) is DENIED.

IT IS FURTHER ORDERED that the trial in this matter is set for May 30, 2006 at 8:45 a.m. in Missoula, Montana. The plea agreement deadline in May 18, 2006, and jury instructions and trial briefs must be filed no later than May 23, 2006.

DATED this 11 day of May, 2006.

_____
Donald W. Molloy, Chief Judge
United States District Court